# EXHIBIT A



**AR Resources, Inc.**

PO Box 1056
Blue Bell, PA 19422
Phone: (866) 378-0792

Mar 9, 2020

MARQUITA FLEMING

| Creditor | Account # | Regarding | Amt Owed | Serv Date |
|---|---|---|---|---|
| UNION EMERGENCY MED ASS | | FLEMING, MARQUITA | 748.00 | 08/16/19 |

Please be advised, our client, UNION EMERGENCY MED ASSOC, has referred your account to us for collections.

To avoid further collection activity, please remit payment in full of $748.00 directly to:

AR Resources, Inc.
PO Box 1056 • Blue Bell PA 19422-0287

Please reference the ARR account number UV0794 on all correspondence.

If you would like to pay by phone, or have any questions, please contact a representative toll-free at 866-378-0792. Calls to and from our location may be monitored or recorded for quality and training purposes.

You may also visit us at WWW.ARRESOURCESINC.COM to make a payment online. Your pin number is 15241267.

If you wish to pay by credit card, please fill in the information below and return in the enclosed envelope.

Please be advised that our client is a credit reporting client. Your credit report may have a negative impact if we do not hear from you

Unless you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

Thank You,
AR Resources, Inc.

*** PLEASE DETACH HERE AND RETURN BOTTOM STUB WITH PAYMENT IN ENCLOSED ENVELOPE. ***

Y25452D8C9

PO Box 505
Linden MI 48451-0505
ADDRESS SERVICE REQUESTED

IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL IN THE INFORMATION BELOW.

MasterCard   VISA   DISCOVER

| CARD NUMBER | | EXP. DATE |
|---|---|---|
| CARD HOLDER NAME | | CVV |
| SIGNATURE | | AMOUNT PAID |

Re: UNION EMERGENCY MED ASSOC
Account Number:
ARR Account Number:
Balance: $748.00

0008120024014825697507206197776--Y25452D8C9 820

070 - 820
MARQUITA FLEMING

AR Resources, Inc.
PO Box 1056
Blue Bell PA 19422-0287

